IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANNER WHITE, | CV 22–141–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| FLATHEAD COUNTY, SAM COX, and JOHN DOES 1-10, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The final pretrial conference set for July 13, 2023, and the jury trial set for July 24, 2023 are VACATED.

DATED this 6th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court